1 Original
to KSU

REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

DENNIS E. W. O'CONNOR JR.      (4084)
doj@roplaw.com
Pacific Guardian Center, Makai Tower
733 Bishop Street, 24th Floor
Honolulu, Hawaii 96813
Phone:  524-8350
Facsimile: 531-8628

Attorney for Third-Party Defendant
FRANK SMIRKE

**ORIGINAL**

**LODGED**

JAN 05 2009 3:30pm

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 02 2009

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| ESTATE OF FAITH ROGERS and MICHELLE ROGERS, | Civil No. 07-00373 HG KSC |
| Plaintiffs, | FINDINGS AND RECOMMENDATION |
| vs. | <u>Petition for Determination of Good Faith Settlement</u>: |
| AOAO MALUNA KAI ESTATES, a Hawaii unincorporated association, KENT D. KNOWLEY, DONALD J. ESSES, JAMES W. BOWMAN, DIANE M. BOWMAN and DOE DEFENDANTS 1-20, | Date:      December 11, 2008<br>Time:      9:15 a.m.<br>Judge:    Kevin S. Chang |
| Defendants. | |

AOAO MALUNA KAI ESTATES,
KENT D. KNOWLEY, JAMES W.
BOWMAN, DIANE M. BOWMAN
AND DONALD J. ESSES,

        Third-Party Plaintiffs,

vs.

FRANK SMIRKE, GLADYS
SMIRKE, ANN WHITE, STEWART
WHITE and BRYCE WHITE,

        Third-Party Defendants.

## FINDINGS AND RECOMMENDATION

Third Party Defendant Frank Smirke's Petition for Determination of Good Faith Settlement (for the settlement between Frank and Gladys Smirke and Plaintiffs Michelle Rogers Individually and as the personal representative of the Estate of Faith Rogers) pursuant to H.R.S. § 663-15.5(b) came for hearing before Magistrate Kevin S. C. Chang on December 11, 2008. Dennis E. W. O'Connor Jr. appeared for Petitioner, David M. Louie for AOAO Maluna Kai and its individual Defendants Kent D. Knowley and James W. Bowman, Ward F. N. Fujimoto for Third-Party Defendants Stewart White, Ann White and Bryce White and Anthony L. Ranken for Plaintiffs via telephone. The magistrate, after reviewing the moving papers, the affidavits and declarations and testimony therein, and after hearing oral

2

argument and for good cause shown, hereby finds pursuant to Troyer v. Adams, 102 Haw. 399 (2003), that under the totality of the circumstances, the settlement between Frank and Gladys Smirke and Plaintiffs was made in good faith.

IT IS HEREBY RECOMMENDED that the petition be granted and that the claims against Petitioner, including the claims of AOAO Maluna Kai and the claims of the Whites, be dismissed with prejudice. The Court also recommends that any further claim against Frank and Gladys Smirke are hereby barred. Further, the Court finds that Third-Party Defendants Frank and Gladys Smirke need not answer the cross claim of the Whites.

The issue of whether Frank Smirke will be placed on the verdict form is reserved for the trial court.

DATED:  Honolulu, Hawaii, _____JAN 0 7 2009_____.


_____
Judge of the above-entitled Court


Rogers v. AOAO Maluna Kai Estates, et al., Civil No. 07-00373 HG KSC;
FINDINGS AND RECOMMENDATION

APPROVED AS TO FORM AND
CONTENT:

ANTHONY L. RANKEN, ESQ.
MICHELLE L. DREWYER, ESQ.
Attorney for Plaintiffs

DAVID M. LOUIE, ESQ.
JAMES SHIN, ESQ.
Attorneys for Defendants
AOAO MALUNA KAI ESTATES, KENT
D. KNOWLEY, JAMES W. BOWMAN,
DIANE M. BOWMAN and DONALD J.
ESSES

RANDALL Y.S. CHUNG, ESQ.
WARD N. FUJIMOTO, ESQ.
MICHAEL HULT, ESQ.
Attorneys for Third-Party Defendants
BRYCE WHITE, ANN WHITE and
STEWART WHITE

Rogers v. AOAO Maluna Kai Estates, et al., Civil  No. 07-00373 HG KSC;
FINDINGS AND RECOMMENDATION