IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ESTATE OF FAITH ROGERS and MICHELLE ROGERS,<br><br>      Plaintiffs,<br><br>   vs.<br><br>AOAO MALUNA KAI ESTATES, a Hawaii unincorporated association, KENT D. KNOWLEY, DONALD J. ESSES, JAMES W. BOWMAN, DIANE M. BOWMAN and DOE DEFENDANTS 1-20,<br><br>      Defendants.<br>_____<br><br>AOAO MALUNA KAI ESTATES, KENT D. KNOWLEY, JAMES W. BOWMAN, DIANE M. BOWMAN, AND DONALD J. ESSES,<br><br>    Third-Party Plaintiffs<br><br>    vs.<br><br>FRANK SMIRKE, GLADY'S SMIRKE, ANNE WHITE, STEWARD WHITE and BRYCE WHITE,<br><br>    Third-Party Defendants.<br>_____<br><br>ANN WHITE, STUART WHITE and BRYCE WHITE,<br><br>    Fourth-Party Plaintiffs<br><br>    vs. | CV 07-00373HG-KSC<br><br>ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION THAT THE SETTLEMENT BETWEEN FRANK AND GLADYS SMIRKE AND PLAINTIFFS WAS MADE IN GOOD FAITH |

MICHELLE ROGERS,            )
                            )
    Fourth-Party Defendant. )
_____ )

<u>ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION THAT THE SETTLEMENT BETWEEN
FRANK AND GLADYS SMIRKE AND PLAINTIFFS WAS MADE IN GOOD
FAITH</u>

Findings and Recommendation having been filed and served on all parties on February 2, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation (Doc. 169) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: March 10, 2009, Honolulu, Hawaii.



                                            **/s/ Helen Gillmor**
                                            Chief United States District Judge